**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALYSSA AGNES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action |
| v. | : | |
| | : | No. 25-cv-6361 |
| BANFIELD PET HOSPITAL and | : | |
| MICHELLE GARRITY, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this 6th day of May, 2026, upon consideration of the Motion to Compel Arbitration, ECF No. 16, filed by Defendant Medical Management International, Inc. (improperly pled as Banfield Pet Hospital, *see* ECF No. 1 at 1; ECF No. 18 at 8) and Defendant Michelle Garrity (collectively, "Defendants"), as well as the filings in opposition to and support thereof, ECF Nos. 18, 19., and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion to Compel Arbitration is **GRANTED**. The parties shall submit the dispute to arbitration according to the terms of the agreement between the parties and this case is **STAYED** pending arbitration. The parties must advise the Court of the status of this action upon completion of arbitration.

   **IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Younge*

**Judge John Milton Younge**